JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TERRELL FRAZIER, | No. CV 12-8836-CJC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RONALD BARNES, Interim Warden -- HDSP, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: December 4, 2014

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE